IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

BMO BANK, N.A.,

                Plaintiff,

    v.

RANDHAWA TRANSPORTATION INC., *et al.*,

                Defendant.

No. 1:23-cv-01557-MSN-IDD

## ORDER

This matter comes before the Court upon the Report and Recommendation issued by Magistrate Judge Ivan D. Davis ("R&R") on December 27, 2024 (ECF 20).

Upon review of the record and Judge Davis's R&R, it is hereby

**ORDERED** that Judge Davis's R&R is **APPROVED** and **ADOPTED;** and it is further

**ORDERED** that Judgment is entered in favor of Plaintiff, BMO Bank N.A. against Defendants in the amount of $289,768.66, plus appropriate pre- and post-judgment interest, and $16,244.50 in attorney's fees and costs; and it is further

**ORDERED** that a judgment in detinue is entered in favor of Plaintiff against Defendants. Defendants are enjoined from use of, shall advise Plaintiff of the location of, and shall surrender to Plaintiff the following collateral:

    (a) 2021 Freightliner Cascadia-Series: CA12564SLP 125" BBC Conv Cab W/72"RR SLPR Tractor 6X4 identified by serial number 3AKJHHDR6MSMU8331;

    (b) 2022 Freightliner Cascadia-Series: CA 12564SLP 125" BBC Conv Cab W/72"RR SLPR Tractor 6X4, identified by serial number

1FUJHHDR4NLNB9972;

(c) 2022 Strick 53' Dry Van identified by serial number 1S12E9533NE546135;

(d) 2022 Strick 53' Dry Van identified by serial number 1S12E9535NE546136;

(e) 2022 Strick 53' Dry Van identified by serial number 1S12E9537NE546137;

(f) 2022 Strick 53' Dry Van identified by serial number 1S12E9539NE546138.

Once Plaintiff has repossessed the above-described collateral, the proceeds of the sale or other disposition of that equipment shall be applied to the costs and expenses of the retaking, holding, preparing for sale, selling and the like of the Randhawa Transport Loan Collateral and then shall be credited towards the balance of the judgment awarded in this action.

The Clerk of Court is directed to enter judgment as set forth above pursuant to Rule 55 of the Federal Rules of Civil Procedure.

**SO ORDERED.**

/s/
Michael S. Nachmanoff
United States District Judge

Hon. Michael S. Nachmanoff
United States District Judge

January 23, 2025
Alexandria, Virginia